UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

In re Search Warrant for Location Data )
Concerning a Cellular Telephone Assigned )
Call Number (646) 644-5228 )    No. 2:15-mj-29
)

## ORDER

This matter having been presented to the Court by the United States of America, and the Court having considered said motion and with good cause shown, it is hereby

ORDERED, that the Search Warrant, Search Warrant Affidavit, and Search Warrant Application filed on March 4, 2015 in the above-captioned matter are hereby unsealed.

Dated at Burlington, in the District of Vermont, this 5th day of January, 2016.

/s/John M. Conroy
―――――――――――――――
HON. JOHN M. CONROY
U.S. Magistrate Judge